1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KENNETH I. EDMONTON,
11            Petitioner,                  No. CIV -05-0855 LKK CMK
12       vs.
13   STATE OF CALIFORNIA,
14            Respondent.                  Order
15                                -oOo-
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17   habeas corpus pursuant to 28 U.S.C. § 2254. The filing fee for a writ of habeas corpus is $5.00.
18   28 U.S.C. § 1914(a). This fee may be waived for a prisoner "who submits an affidavit that
19   includes a statement of all assets such prisoner possesses and that the person is unable to pay
20   such fees or give security therefor." 28 U.S.C. § 1915(a). On May 2, 2005 petitioner filed a
21   motion to proceed in forma pauperis. Petitioner's application, however, was not complete.
22   Petitioner failed to answer questions two through seven.
23           Accordingly, it is hereby ordered that:
24           1. Petitioner shall, within thirty days from the date of this order, submit either a
25   completed application to proceed informa pauperis or the filing fee. Petitioner's
26   ///

failure to comply with this order will result in a recommendation that this action be dismissed; and

      2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used in this district.

DATED: June 30, 2005.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE