IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH I. EDMONTON,   No. CIV S-05-0855-LKK-CMK-P

    Petitioner,

  vs.   <u>ORDER</u>

STATE OF CALIFORNIA, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended petition for a writ of habeas corpus (Doc. 13), filed on December 7, 2005.[1]

    The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief.  <u>See</u> <u>id.</u>  Respondents, therefore, will be directed

---

[1] Petitioner's original petition was dismissed with leave to amend for failure to name the correct respondent.  The instant amended petition, while continuing to name the State of California, also names the appropriate custodial respondents.  The Clerk of the Court will be directed to update the docket for this case to reflect the additional respondents named in the amended petition.

to file a response to petitioner's petition.  See id.  If respondents answer the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect that Steven Mayberg and Melvin Hunter are also respondents to this action;

2. Respondents are directed to file a response to petitioner's amended petition within 30 days from the date of service of this order;

3. Petitioner's traverse or reply (if respondents file an answer to the petition), if any, or opposition or statement of non-opposition (if respondents file a motion in response to the petition) shall be filed and served within 30 days of service of respondents' response; and

4. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:  December 9, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE