IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH I. EDMONTON, | No. CIV S-05-0855-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time (Doc. 20), filed on January 12, 2006.

  On December 13, 2005, the court ordered respondent to file a response to the amended petition for a writ of habeas corpus within 30 days. Respondent now seeks an extension of that deadline. Good cause appearing therefor, the request will be granted. Failure to comply with this order may result in the imposition of appropriate sanctions, including dismissal of the action. See Local Rule 11-110.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time is granted; and

2. Respondent shall file a response to the amended petition within 30 days of the date of service of this order.

DATED: January 17, 2006.

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE