IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH I. EDMONTON,                                No. CIV S-05-0855-LKK-CMK-P

    Petitioner,

  vs.                                                                      ORDER

STATE OF CALIFORNIA, et al.,

    Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 25, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

by proper analysis.

          Accordingly, IT IS HEREBY ORDERED that:

          1.     The findings and recommendations filed April 25, 2006, are adopted in full;

          2.     Petitioner's motion to enjoin state court proceedings is denied;

          3.     Respondents' motion to dismiss is denied; and

          4.     Respondents are directed to file an answer to the petition within 30 days of the date of service of this order.

DATED: July 6, 2006.

Lawrence K. Karlton
Senior Judge

2