IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH I. EDMONTON,** | CIV-S-05-0855 LKK CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file an answer to Petitioner's application for writ of habeas corpus.

September 25, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1