IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH I. EDMONTON, | No. CIV S-05-0855-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |
| _____/ | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On May 29, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

        Although it appears from the file that the findings and recommendations were returned, the parties were properly served.  It is the responsibility of the parties to keep the court apprised of their address of record at all times.  Pursuant to Local Rule 83-182(d), service of

1

1  documents at the record address of the party is fully effective.

2      The court has reviewed the file and finds the findings and recommendations to be

3  supported by the record and by the magistrate judge's analysis.

4      Accordingly, IT IS HEREBY ORDERED that:

5      1.    The findings and recommendations filed May 29, 2007, are adopted in

6  full;

7      2.    Petitioner's amended petition for a writ of habeas corpus is denied; and

8      3.    The Clerk of the Court is directed to enter judgment and close this file.

9    DATED: August 2, 2007.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2