IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH I. EDMONTON, | No. CIV S-05-0855-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |
| _____/ | |

The court's order issued October 11, 2007 granting petitioner's certificate of appealability is hereby AMENDED to delete the text, "Accordingly, this matter is remanded to the magistrate judge for further proceedings consistent with this order."

IT IS SO ORDERED.

DATED: October 15, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1